```
                UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF PENNSYLVANIA
                    10613 U.S. COURTHOUSE
                   INDEPENDENCE MALL WEST
                      601 MARKET STREET
                  PHILADELPHIA, PA 19106-1797
```

March 6, 2015

Copy emailed to:
Gregory J. Gorski, Esq.
Mark D. Mailman, Esq.

              RE:  Lee v. Check and Credit Reporting, Inc..
                   Civil Action No. 14-6130

Dear Counsel:

      A review of the Court's records shows that a pleading has not been filed in the above captioned action in response to the complaint.

      If such a pleading is not filed by the above named defendant on or before March 13, 2015 you may file a request with the clerk for entry of a default in accordance with Rule 55 of the Federal Rules of Civil Procedure.

      If the Request for Default is not filed by March 18, 2015 the Court will enter an order dismissing the case against the above named defendant for lack of prosecution.

                                  Very truly yours,

                                  S/Eileen Adler
                                  Eileen Adler
                                  Deputy Clerk to Judge Dalzell

**\*\*ALL EXTENSIONS OF TIME TO ANSWER COMPLAINT MUST HAVE PRIOR COURT APPROVAL.**

Civ 21 (10/82)